IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| V. | * | Crim. No. JFM 02-0375 |
| | * | |
| | * | |
| **STEPHEN LAMKIN** | * | |

****o0o****

**MOTION FOR WARRANT ON
VIOLATION OF RELEASE CONDITIONS**

Now comes the United States of America by its attorneys, Rod J. Rosenstein, United States Attorney, and Philip S. Jackson, Assistant United States Attorney, and on the following facts moves this Court to issue a warrant for the arrest of the above-captioned defendant pursuant to 18 U.S.C. §3148.

1. On October 12, 2012, the Defendant, Stephen Lamkin (Lamkin), was sentenced to a term of 1 year and 1 day's incarceration, having previously been found in violation of the terms and conditions of his supervised release. He was not immediately placed in the custody of the Bureau of Prisons, but instead was ordered to self-surrender to Bureau of Prison no later than December 6, 2012.

2. On his arrest for this violation, Lamkin had been conditionally released and was under U.S. Probation and Pretrial Service supervision. The terms and conditions of that conditional release remained in effect during the period of time he awaited designation to a BOP facility.

3. According to a deputy of the U.S. Marshal's Service, the Defendant has failed to surrender to the Bureau of Prisons as was directed by this Court, and the Defendant is currently at large.

4. Accordingly, this Office now desires that an arrest warrant be issued for this violation.

5. On that basis, and on the authority of 18 U.S.C. §3148, an arrest warrant may be issued on the motion of an attorney for the government alleging a violation of condition(s) of a defendant's release.

Wherefore, it is respectfully requested that on the foregoing, this Court issue a warrant for the arrest of the defendant.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By:_____/s/_____
Philip S. Jackson
Asst. United States Attorney
36 S. Charles Street
Baltimore, Maryland 21201
410/209-4848

**CERTIFICATION**

It is this 31st day of December, 2012, certified that a copy of the foregoing motion for arrest warrant for violation of pretrial conditions was this day mailed postage prepaid to Susan Hensler, Attorney for the Defendant, 100 S. Charles Street, Tower II, Baltimore, MD 21201.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Philip S. Jackson
　　　　　　　　　　　　　　　　Asst. United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| **V.** | * | **Crim. No. JFM 02-0375** |
| | * | |
| | * | |
| **STEPHEN LAMKIN** | * | |

****o0o****

**O R D E R**

On the government's motion,

It is this _____ day of January, 2013

ORDERED, that an Arrest Warrant be issued for the arrest of the above-named defendant as prayed.

_____
J. Frederick Motz
United States Magistrate Judge for
the District of Maryland